# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GERALD A. LACATTIVA,
ADMINISTRATOR OF THE ESTATE OF
JOHN M. FORD, DECEASED

          v.

HAZLETON GENERAL HOSPITAL;
NORTHEASTERN PENNSYLVANIA
HEALTH CARE CORPORATION
INDIVIDUALLY AND/OR T/D/B/A
HAZLETON GENERAL HOSPITAL;
LEHIGH VALLEY HOSPITAL-HAZLETON;
NORTHEASTERN PENNSYLVANIA
HEALTH CARE CORPORATION
INDIVIDUALLY AND/OR T/D/B/A LEHIGH
VALLEY HOSPITAL-HAZLETON; LEHIGH
VALLEY HEALTH NETWORK, INC.,
INDIVIDUALLY AND/OR T/D/B/A LEHIGH
VALLEY HOSPITAL-HAZLETON; LEHIGH
VALLEY HEALTH NETWORK
INDIVIDUALLY AND/OR T/D/B/A LEHIGH
VALLEY HOSPITAL-HAZLETON; LEHIGH
VALLEY HOSPITAL-HAZLETON T/D/B/A
HAZLETON GENERAL HOSPITAL;
GREATER HAZLETON HEALTH ALLIANCE
INDIVIDUALLY AND/OR T/D/B/A
HAZLETON GENERAL HOSPITAL;
HAZLETON ANESTHESIA
SERVICES/SOMNIA, INC.; HAZLETON
ANESTHESIA SERVICES, P.C.; ALBERT
ADOMITIS; RAJAMANICKAM NATARAJAN,
M.D.


PETITION OF: RAJAMANICKAM
NATARAJAN, M.D.

: No. 14 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 1st day of July, 2020, the Petition for Allowance of Appeal is

**DENIED**.